NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

PAT HUVAL RESTAURANT & OYSTER BAR, INC.,
AQUA FARMS CRAWFISH, INC., CATFISH
WHOLESALE, INC., CHARLES BERNARD (DOING
BUSINESS AS CHARLES' CRAWFISH PAD),
ANDRE LEGER (DOING BUSINESS AS CHEZ
FRANCOIS), JIM FRUGE (DOING BUSINESS AS
FISHERMAN'S COVE), J. BERNARD SEAFOOD
PROCESSING, INC., FRENCH'S ENTERPRISES
SEAFOOD PEELING PLANT, AND KOYO
CORPORATION OF U.S.A.,
*Plaintiffs,*

AND

SKF USA, INC.,
*Plaintiff-Appellant,*

v.

UNITED STATES INTERNATIONAL TRADE
COMMISSION,
*Defendant-Appellee,*

AND

UNITED STATES CUSTOMS AND BORDER
PROTECTION,
*Defendant-Appellee,*

AND

THE TIMKEN COMPANY
AND MPB CORPORATION,

*Defendants-Appellees.*

2012-1250

Appeal from the United States Court of International Trade in consolidated case no. 06-CV-0290, Judge Gregory W. Carman.

**ON MOTION**

## ORDER

SKF USA, Inc. moves to stay the briefing schedule. The United States Customs and Border Patrol and the United States International Trade Commission oppose. Timken U.S. Corporation and MPB Corporation do not oppose.

On May 8, 2012, this court issued an order treating *Ashley Furniture Industries, Inc. v. United States* (2012-1196) and *Ethan Allen Global, Inc. v. United States* (2012-1200) as companion cases for purposes of oral argument before the same merits panel.

SKF asserts this case and *Ashley Furniture* and *Ethan Allen* involve related issues regarding the constitutionality of certain provisions of the Continued Dumping and Subsidy Offset Act (CDSOA) and this court's decision in *SKF USA, Inc. v. U.S. Customs and Border Protection*, 556 F.3d 1337 (Fed. Cir. 2009).

The court notes that oral argument in *Ashley Furniture* and *Ethan Allen* has not yet been scheduled.

Accordingly,

IT IS ORDERED THAT:

(1) The motion for a stay is granted. This appeal is stayed pending disposition of *Ashley Furniture* (2012-1196), and *Ethan Allen* (2012-1200). Within 14 days thereof, SKF is directed to inform this court concerning how it believes this appeal should proceed. The other parties may also respond within that time.

(2) A copy of this order will be forwarded to the merits panel in appeal nos. 2012-1196 and 2012-1200.

FOR THE COURT

MAY 0 9 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Herbert C. Shelley, Esq.
     Patrick V. Gallagher, Esq.
     Terence P. Stewart, Esq.
     Courtney S. McNamara, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 9 2012

JAN HORBALY
CLERK

s23